## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In Re: Korean Airlines Co., Ltd.<br><br>Antitrust Litigation | CASE NUMBER: CV08-662 SJO(MANx), CV08-664 SJO(MANx)<br>CV08-666 SJO(MANx), CV08-646 SJO(MANx), CV08-647 SJO(MANx)<br>CV08-648 SJO(MANx), CV08-667 SJO(MANx), CV08-668 SJO(ANx) |
|---|---|
| | **ORDER RE TRANSFER PURSUANT TO<br>LOCAL RULE 83-1.3.1**<br>(Magistrate Judge Related Cases) |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to Local Rule 83-1.3.1 and General Order 07-02.

February 27, 2008
*Date*

Alicia G. Rosenberg
*United States Magistrate Judge*

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

*Date*     *United States Magistrate Judge*

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____ CV 07-5107 SJO (AGRx) _____ and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

### NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials ___AGR___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 08-0662 SJO (AGRx)___. This is very important because documents are routed to the assigned judges by means of these initials.

Subsequent documents must be filed at the ☑ Western ☐ Southern ☐ Eastern Division.
**Failure to file at the proper location will result in your documents being returned to you.**

CV-34A (06/07)   ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)